# EXHIBIT A

# MARKETING & PUBLIC RELATIONS MANUAL



DRX9000™

DRX9000C™

 AXIOM Worldwide

Better Technology...

...Better Health

# Congratulations on the purchase of your DRX9000™ You have just made a paramount investment in your future!

I'd like to take this opportunity to welcome you to Axiom Worldwide, Inc., the leader in scientifically proven medical technology. This practical marketing manual will give you all the information you need to start promoting your DRX9000™ in the most effective & efficient manner.

There is an abundance of information integrated into this marketing manual, however, there are key steps that should be followed to ensure that your marketing efforts are successful. Prior to starting any advertising to the general public, it is advised that you sit down and come up with a detailed marketing plan. The information provided will walk you through a step-by-step process to help you analyze your specific market place and give you a step by step program to gain market share. During this process, you will be asked to analyze both your strengths & weaknesses as a company, as well as your competitor's. This will enable you to properly position your practice as the leader in low back pain. In some cases, you may be the only Doctor to offer the DRX9000™ alternative to patients, so that becomes your key advantage. This process is extremely important to complete before you begin analyzing any of the consumer marketing mediums. It will help you to determine which of those mediums best fit with your plan and your budget.

Once you have a very clear and well-defined idea of your marketing strategy, you will be able to proceed to researching the media outlets that will work best for you. The reference guide provides a great deal of tips & ideas for each vehicle. Each market is unique; however marketing is a necessity for everyone!

Before you start ANY marketing, make sure EVERYONE in your office has basic knowledge of the DRX9000™ & its use. Place an information/fact sheet near every phone and ensure that important calls are passed off to the appropriate person. First impression is a key factor, especially with new patients calling in requesting information.

© 2004 Axiom WorldWide, Inc



**Back Surgery Stats 60 second**

Now there's hope for those who suffer with chronic back pain, including patients who have had surgery but still have pain.

A new machine, called the DRX9000™, has been shown in major studies to be 86% effective at fixing the most common causes of chronic low back pain... all without surgery.

This is big news for companies and patients alike since every year in the U.S. back pain causes over 93 million lost work days and over half a million surgeries, many of which are unnecessary. Experts agree, back surgery should only be the last resort.

Many surgeons are now requiring back pain patients to try this non-surgical procedure before undergoing surgery with its attendant risks for scar tissue and infection. They know surgery is usually followed by more surgery.

Call now to learn how DRX9000™ Therapy can help get rid of your back pain once and for all. Call (phone number). That's (phone number).

DRX9000™ Therapy is covered by most insurance.

© 2004 Axiom WorldWide, Inc

### Dave and Friend DRX9000™ with Website 60 second

**Friend:** Hey, Dave, What are you doing back at work? I thought you were scheduled for back surgery?

**Dave:** That was before I heard about a non-surgical treatment for low back pain called the DRX9000™. It's been proven over 86% effective at fixing chronic low back pain and it really works! After 20 half hour treatments on the DRX9000™, my back has never felt better!

**Friend:** Well, do you have any information on it?

**Dave:** You can get a free report on how decompression therapy works by calling (phone number) or go to their website at (website address). Most insurance pays for the 20 pain free treatments and they even have financing programs for patients who don't have insurance. Even post surgical patients report permanent often complete, elimination of pain.

**Announcer:** Call (phone number) now for your free report on the DRX9000™ the Ultimate non-surgical treatment for low back pain. Call (phone number) or go to yoursite.com for more information.

© 2004 Axiom WorldWide, Inc

# GET TREATED.
# GET RESULTS.

## DRX9000™

- Herniated or Bulging Disc
- Degenerative Disc
- Pre/Post Surgery Patients
- Acute & Chronic Low Back Pain

Get Healed Naturally!

# 86% Success Rate

**Call Today!**

(Logo)

**Dr. Steven Adams**
1413 Healthview St
Riverview, FL 33569
*Next to Walgreens*

**(555) 111-2222**

WWW.AXIOMWORLDWIDE.COM

# Get Effective Relief Without Surgery!

In a clinical study, more than 86% of patients treated with this new technology were effectively corrected.

## Comprehensive Chiropractic Treatment of:

- Muscle Strains
- Chronic Pain
- Fatigue
- Stress Related Conditions
- Poor Circulation
- Muscle Spasms

- Musculoskeletal Disorder
- Fibromyalgia
- Sports Injuries

- Herniated or Bulging Disc
- Degenerative Disc
- Neck Pain
- Sciatica

- Pre/Post Surgery Patients
- Acute & Chronic Low Back Pain

## DRX9000™

PHYSICIAN GUARANTEED!

Call Today for a Free Consultation!

555.111.2222

(Logo)

**Dr. Steven Adams**
1413 Healthview St
Riverview, FL 33569
*Next to Walgreens*

WWW.AXIOMWORLDWIDE.COM