# EXHIBIT C

**Dave and Mary 60 second DRX9000™**

**Mary:** Dave, I think I found the answer to your back pain problem!

**Dave:** Oh yeah?

**Mary:** It says here that astronauts' compressed spinal discs popped back into place in the space station.

**Dave:** Okay...

**Mary:** And without gravity compressing the spine, some astronauts actually gained as much as 2 inches of height in space as their spine stretched.

**Dave:** So, to fix my herniated disc, I need to become an astronaut?

**Mary:** (interrupting over the last half of "astronaut") No, no...
Former NASA engineers designed a machine that can non-surgically duplicate the decompression of spinal discs just like the space station does.

**Dave:** No kidding?

**Mary:** It's called the DRX 9000™ and it's available right here in town at (your clinic).

**Dave:** DRX9000™?

**Mary:** Mmm hmm. Even post-surgical patients benefit! And it's covered by most insurance. You get a free consultation if you call (phone number)

**Dave:** Wait, what was that number?

**Mary:** (phone number)

**Announcer:** For your free copy of a major DRX9000™ study showing an 86% success rate with chronic back pain, call (phone number).

© 2004 Axiom WorldWide, Inc

## Dave and Friend DRX9000™ with Website 60 second

**Friend:** Hey, Dave, What are you doing back at work? I thought you were scheduled for back surgery?

**Dave:** That was before I heard about a non-surgical treatment for low back pain called the DRX9000™. It's been proven over 86% effective at fixing chronic low back pain and it really works! After 20 half hour treatments on the DRX9000™, my back has never felt better!

**Friend:** Well, do you have any information on it?

**Dave:** You can get a free report on how decompression therapy works by calling (phone number) or go to their website at (website address). Most insurance pays for the 20 pain free treatments and they even have financing programs for patients who don't have insurance. Even post surgical patients report permanent, often complete, elimination of pain.

**Announcer:** Call (phone number) now for your free report on the DRX9000™ — the Ultimate non-surgical treatment for low back pain. Call (phone number) or go to yoursite.com for more information.

© 2004 Axiom WorldWide, Inc

# Free Yourself
## From Your Back Pain!

In clinical studies, more than **86%** of patients were effectively corrected.

- Medically Supervised
- Most Auto and On-the-Job Injuries Covered
- No Surgery or Prescription Drugs Needed
- Most Insurances and Major Credit Cards Accepted

**New Medical Breakthrough Treats Herniated and Degenerative Discs *Without Surgery!***

Thanks to the **DRX 9000™**, I am working out again, and **Enjoying Life!**

Dr. Steven Adams
1413 Healthview St
Riverview, FL 33569
*Next to Walgreens*

Call Today For a Free Consultation!
555.111.2222

(Logo)
WWW.AXIOMWORLDWIDE.COM



# Space Age Technology Brings Relief to Back Pain Sufferers

**Free Consultation**

New medical breakthrough treats herniated and degenerative discs without surgery!

- Medically Supervised
- Most Auto and On-the-Job injuries covered
- No Surgery or Prescription Drugs Needed
- Most insurance and Major Credit are accepted

Dr. Steven Adams
1413 Heathview St
Riverivew, FL 33569
*(Next to Walgreens)*

**DRX9000™**

In a clinical study, more that 86% of patients treated with this new technology were effectively corrected with the DRX system.

Call Today!
555.111.2222    WWW.AXIOMWORLDWIDE.COM