# EXHIBIT D

# RADIO SCRIPTS

**60 Second General DRX9000™ Phone number only:**

Have you heard about the new non-surgical treatment for chronic low back pain called decompression therapy? It's done on a patented, FDA approved machine designed by former NASA engineers called the DRX9000™.

Studies published in major medical journals show an 86% success rate on chronic back pain patients. Even post-surgical patients have been helped. And it's not a short term fix either. So far, clinics across the country are reporting permanent relief from pain on thousands of patients.

The therapy consists of 20 half hour visits spread over six weeks. There's no pain and it's so relaxing, most patients fall asleep during the treatment.

The DRX9000™ creates a "vacuum" state in the discs, providing them with the moisture, nutrients, and oxygen needed to heal themselves.

Call (phone number) now for a free report on this amazing treatment for chronic low back pain. It's covered by most insurance including Medicare. That number once again is (phone number).

© 2004 Axiom WorldWide, Inc

**Dave and Mary 60 second DRX9000™**

**Mary:** Dave, I think I found the answer to your back pain problem!

**Dave:** Oh yeah?

**Mary:** It says here that astronauts' compressed spinal discs popped back into place in the space station.

**Dave:** Okay...

**Mary:** And without gravity compressing the spine, some astronauts actually gained as much as 2 inches of height in space as their spine stretched.

**Dave:** So, to fix my herniated disc, I need to become an astronaut?

**Mary:** (interrupting, over the last half of "astronaut") No, no... Former NASA engineers designed a machine that can non-surgically duplicate the decompression of spinal discs just like the space station does.

**Dave:** No kidding?

**Mary:** It's called the DRX 9000™ and it's available right here in town at (your clinic).

**Dave:** DRX9000™?

**Mary:** Mmm hmm. Even post-surgical patients benefit! And it's covered by most insurance. You get a free consultation if you call (phone number)

**Dave:** Wait, what was that number?

**Mary:** (phone number)

**Announcer:** For your free copy of a major DRX9000™ study showing an 86% success rate with chronic back pain, call (phone number).

© 2004 Axiom WorldWide, Inc

# Non-Surgical Spinal Decompression...

## Offering Relief to Patients Suffering from Herniated and Degenerative Disc Disease

The **DRX9000™** technology marks another breakthrough in Axiom Worldwide's commitment to providing the most effective solutions for medical practitioners worldwide. Our Decompression system provides a non-surgical approach to the successful treatment of both lumbar and cervical discs.

Today, low back pain is one of the most significant health problems facing Americans according to the National Institute of Health, with 85% of all people having back pain at some time in their lives. But thanks to new technology we offer our patients a highly effective, non-surgical solution to this growing health concern.

Over 10 years ago, NASA was the first to investigate the effects of spinal decompression on intervertebral discs during space travel. It found that astronauts were relieved of low back pain in the antigravity state. In addition, it was found that the disc height was actually increased during a space mission. The question then became how to successfully reproduce the environment here on earth.

The people at Axiom Worldwide, answered the question. By combining proven scientific principles along with the latest technological developments, their specialized team of physicians and medical engineers developed a system, which could decompress lumbar discs relieving pressure on the spinal nerves caused by disc herniation, degenerative sciatica and posterior facet syndrome.

With the DRX9000™ system's advanced computerized technology, we are now able to offer our patients an effective treatment for low back pain without surgery. Scientific research found that 86% of patients that were treated were healed.

Dr. John Lupo offers the only true FDA registered spinal decompression device in the Erie, PA Region and urges anyone with low back pain to contact his office for a free consultation.

Dr. Lupo continually strives to improve and update his knowledge in the field of Chiropractic and related studies.

*Scientifically Proven Effective in Treating Over 86% of Patients*



**DRX9000™**

Lupo Chiropractic Center
3901 Liberty Street
Erie, PA 16509
Phone: 814-866-5559
Fax: 814-864-5595

WWW.ERIEPAINFREE.COM



*After Treatment* / *Before*

Original MRI showed a large L3 herniation with an extremely large disc fragment. The present study, taken after 15 sessions on the DRX9000, reveals no evidence of disc herniation or soft tissue mass within the lumbar canal.

**POWERPOINT PRESENTATION**

The 45-slide PowerPoint presentation includes animation and video testimony furthering educating your patients on the DRX9000™ capabilities as well as educate them with general low back pain information. You do not need to have Microsoft PowerPoint to view this presentation. All that is needed is a computer and the CDROM, after installed, this will allow the presentation to be seen with a PowerPoint viewer. This presentation is completely capable to use for any seminar to explain the use of the DRX9000™ and can be customized by the Doctor.

 

© 2004 Axiom WorldWide, Inc