# EXHIBIT F

# DRX 9000™

## advancing medical technology



**AXIOM WORLDWIDE**
9423 Corporate Lake Drive • Tampa • Florida • 33634
tel + 001 • 813•249•6444 • fax + 001 • 813•249•6445
www.axiomworldwide.com

© 2005 AXIOM WORLDWIDE