# EXHIBIT G

# AXIOM WORLDWIDE
## DRX9000 Users Manual                             Rev. 01/03



DRX9000 USERS MANUAL

# DRX9000

---

Axiom Worldwide
3830 N Gunn Hwy
Tampa Fl 33624
Phone 011.813.969.2414 • Fax 011.813.969.2415
www.axiomworldwide.com

Technical Support
Toll Free: 877.438.0663
techsupport@axiomworldwide.com

---

INTRODUCTION

## Intended Use

The **DRX9000** provides a program of treatments for relief from pain for those patients suffering with low back pain. Under physician direction each treatment consists of a prescribed treatment period on the **DRX9000** to provide intermittent cycling distraction forces to relieve pressures on structures that may be causing low back pain. Pain associated with herniated discs, protruding discs, degenerative disc disease, posterior facet syndrome and sciatica will respond. It achieves these effects through decompression of intervertebral discs.



## What Results Can I Expect from the DRX9000

After only three weeks of treatment, clinical studies have shown outstanding results in relieving the debilitating pain that may be caused by bulging, herniated, degenerative, or ruptured discs, as well as sciatica, posterior facet syndrome, and many failed back surgery cases.

Pre- and post-treatment MRIs have shown greater than 50% reduction in the size and extent of herniations after four weeks of treatments with the DRX9000. In fact, during the initial clinical study more than 82% of patients report relief of back pain with the DRX9000.

2



**Chapter 2**

# Getting Familiar

*The Whole Package*

The **DRX9000** is rich in features for both the treatment and comfort of your patients. While undergoing treatment the patient is lying horizontally on a heavily padded leather bed complete with a *Lordotic Air Pump* which is important to help target the affected disc level. The *Split Table Design* allows separation of the table to decrease friction and allow separation of vertebra. The *Upper Body Support System* allows the upper body to become comfortably positioned to the table surface. The *Table Mobility* has movement ranging from horizontal to vertical positions motorized by microprocessors and adjusts vertically to align the proper treatment level. The *Platform Scale* is the platform on which the patient mounts the **DRX9000** and a weight scale will input information directly into the computer.



The *Patient Viewing Monitor* is a screen that is viewable to the patient during treatment and can display patient education DVDs or even third party DVDs for the patient's relaxation. This feature is made possible thru the *DVD Computer* that is integrated into the **DRX9000**.

On the interface control side of things, there is a *Touch Screen Computer* that allows a technician to input treatment protocol in a fast and efficient manner. The *Patient Documentation* allows the clinic to record daily treatment for proper patient documentation by maintaining a database of patient treatments. The *Treatment Dynamics* automated input and calculations are based on individual patient characteristics and are displayed on the *Patient Info LEDs* for both the technician and patient reference. The *Operator Remote Hand Control* allows technician easy access for treatment settings and controlling the various motorized adjustments on the **DRX9000**. The *Lumbar Selector Panel* allows the technician to adjust the proper angle effecting specific lumbar discs for proper treatment. With the aid of the *Advanced Detection System* to assist our technical department to isolate the precise cause of malfunction so an Axiom Worldwide technician can expedite the repair process with just a phone call.

GETTING FAMILIAR

**Lumbar Level Selector**

Facing the patient is the Traction Lift Control unit that adjusts the lumbar level allowing the system to set a proper angle targeting a specific lumbar disc. There are six different preset lumbar level settings that can be seen from the front of the center drawer using the Lumbar Level Selector. Simply press them with your finger just as you would any button. You will also find that there are two override buttons that can be used if there is a need to manually adjust the lumbar level. An arrow is used on the manual buttons to indicate the direction the Traction Lift Control unit will move in when the button is pressed.

Note: **DO NOT** change the height of the 'Traction Lift Control' unit during treatment.



The preset buttons are set to these values:

> Lumbar Level 5 = 10 degrees
> Lumbar Level 4 = 15 degrees
> Lumbar Level 3 = 20 degrees
> Lumbar Level 2 = 23 degrees
> Lumbar Level 1 = 25 degrees
> Lumbar Level 0 = 0 degrees



Traction Lift Control Unit

Lumbar Selector

**Axiom Decompression Unit**



The Axiom Decompression unit is the heart of the **DRX9000** in that it performs the actual decompression of the lumbar vertebrae. It is a patented electro-mechanical device containing a servo and it's own microprocessor. The Computer running the Axiom Treatment Software Program controls the decompression unit. This unit is not visible from the exterior of the **DRX9000**.

Decompression Unit