# EXHIBIT H

## Is the DRX 9000™ for you?

### DRX 9000™ Can Help If You Have:

- Herniated and bulging lumbar discs with or without complications
- Degenerative disc disease
- A relapse or failure following surgery, even with multiple levels of herniation
- Facet syndromes

### What Results Can I Expect from the DRX 9000™

After only three weeks of treatment, clinical studies have shown outstanding results in relieving the debilitating pain that may be caused by bulging, herniated, degenerative, or ruptured discs, as well as sciatica, posterior facet syndrome, and many failed back surgery cases.

Pre- and post-treatment MRIs have shown greater than 50% reduction in the size and extent of herniations after four weeks of treatments with the DRX 9000™. In fact, during the initial clinical study, more than 82% of patients report relief of back pain with the DRX 9000™.



## Common Causes of Back Pain

Your central nervous system consists of the brain and spinal cord. Protecting the spinal cord are vertebrae (bones), protected in turn by discs made up of a gelatin-like substance. Functioning as a shock absorber to the bones, discs undergo tremendous amounts of stress, often resulting in a herniation or "bulging" of the disc. This is the most common cause of lower back pain.

Another common cause of back pain is disc degeneration, caused by a drying out of the disc area. Over the course of time, or through injury, dried discs will crack and induce pressure on nerves. The result is extreme muscle tension and back pain.

The DRX 9000™ was created to effectively treat these conditions to help patients live a pain-free life.

## About the DRX 9000™

DRX 9000™ uses state-of-the-art technology to gradually relieve neurocompression often associated with lower back pain. The process has been proven to relieve pain by enlarging disc space, reducing herniation, strengthening outer ligaments to help move herniated areas back into place, and reversing high intradiscal pressures through application of negative pressure.

Your DRX 9000™ treatment begins with a series of daily sessions for two weeks, followed by treatments three times a week as needed. Each session consists of 30 – 45 minutes on the DRX 9000™. Following each therapy session, a cold pack with electrical muscle stimulation is applied to help paravertebral muscles consolidate after treatment.

An upper chest harness/shoulder support is used to help distribute the applied forces evenly. Once in place, you are slowly reclined to a horizontal position. Following the physician's orders, the therapist localizes the pain, makes any adjustments and directs the treatment to the proper area. DRX 9000™ helps to mobilize the troubled disc segment without inducing further damage to the spine.



## Are You Suffering From Chronic Back Pain?

If you are like many who suffer from chronic back pain, you have probably tried several prescribed remedies to help ease your discomfort. Frequent bed rest. High doses of pain medication. Perhaps even non-traditional approaches such as acupuncture. And like so many, you have come to accept the fact that you just have to learn to live with your pain.

Today, you don't have to live with that pain anymore. Thanks to the concerted efforts of a team of top physicians and medical engineers, a major advancement in medical technology was made to effectively treat low back pain resulting from herniated or deteriorating discs. The result of their efforts — the creation of the DRX 9000™ not only significantly reduces back pain in 86% of patients, but enables the majority of patients to return to more active lifestyles.

