# EXHIBIT J



PARTNERS | SPACE FOUNDATION | DANAHER | X-1R | NB

### Certified Space Technology Partnerships

Height measurements of astronauts taken aboard the Skylab 4 space mission demonstrate how the spine elongates and decompresses when subjected to a micro-gravity environment[1]. When intervertebral discs are unloaded they are able to hold more spinal fluid. This increases the intervertebral disc size, increasing the space between the bony vertebra, elongating the spine[2]. On Earth, unloading the spine increases intervertebral disc height and causes spinal elongation in a similar manner[3]. Clinically, accurately controlled spinal decompressive forces unload the spine and decrease interdiscal pressure[4], and relax and confuse paraspinal muscles providing relief of pain and symptoms for patients suffering from back pain[5]. Axiom Worldwide's DRX9000 True Non-Surgical Spinal Decompression System™ is designed to apply spinal decompressive forces to compressive and degenerative injuries of the spine[6].



Subsystems critical to applying spinal decompressive forces on the DRX9000™ are today protected by X-1R lubricants which are recognized as Certified Space Technology. The exclusive alliance combines X-1R's years of extreme-performance lubrication research and Axiom's spinal decompression expertise to improve the lives of thousands who suffer from lower back pain.



Beneficial spinal decompression occurs when forces applied to the spine do not induce paraspinal muscle contraction. When these supporting muscles are allowed to relax, the spine can elongate, as is it does in spaceflight. elongation nourishes and hydrates the spinal column allowing herniated discs to heal. The forces applied must be carefully increased to avoid muscle contraction. X-1R lubricants applied to critical DRX9000™ subsystems help reduce friction and provide the desired smooth operation while extending bearing and gear life.

"Friction, slip-stop, gearbox binding and other such obstacles must be removed before you can focus on the patient", says Scot Johnson, Engineering Director for Axiom Worldwide. "These problems exist in all mechanical systems and we have gone to great lengths to produce a device that provides proper logarithmically-applied forces. The X-1R team has improved our device(s) towards this end. Our treatment software and servo-motor system focus on the patient's own movements, keeping therapy on the desired logarithmic curve."

X-1R and Axiom Worldwide are developing a line of co-branded lubrication and cleaning products based on DRX9000™ research for use in a range of medical products including non-competitive medical OEM manufacturers.

### REFERENCES

1) Thornton, W., Hoffler, G., Rummel, J. (1977). Chapter 32: Anthropometric Changes and Fluid Shifts. NASA SP-377: Biomedical Results from Skylab. (pp 330 - 338, Figure 32-1, Figure 32-4, Table 32-I)
2) NASAexplores: My how you've grown! (2004). Last updated 4 March, 2006,

http://www.nasa.gov/audience/forstudents/5-8/features/F_How_Youve_Grown_5-8.html
3) Johannessen W, Vresilovic E. Intervertebral Disc Mechanics are Restored following Cyclic Loading and Unloading Recovery, Annals of Biomedical Engineering, January 2004, 23-1:70-76
4) Ramos G, Martin W. Effects of Vertebral Axial Decompression on Intradiscal Pressure, JNeurosurg 1994; 81:350-353
5) Gose E, Naguszewski W, Naguszewski R. Vertebral axial decompression therapy for pain associated with herniated or degenerated discs or facet syndrome: An outcome study, Neurol Res 1998; 20: 186-190
6) FDA 510(k) clearance: K060735: http://www.fda.gov/cdrh/pdf6/K060735.pdf

**LINKS**

http://spaceconnection.org/productdetails.php?productid=96
Learn more about how the Space Foundation has recognized the strategic partnership between X-1R and Axiom Worldwide.

---

Axiom Worldwide, 9423 Corporate Lake Drive, Tampa, FL 33634 USA
Phone: 813-249-6444 • Fax: 813-249-6445 • Toll Free: 877-438-0663
© 2006 Axiom Worldwide. All Rights Reserved.
DRX9000 | DRX9000C | DRX9500 | EPS8000 | Chiropractic Equipment | Chiropractic Products | Chiropractic Supplies
Back Decompression | Cervical Decompression | Decompression Table | Decompression Therapy | Spinal Decompression
Spinal Decompression Table | Spine Decompression | Sitemap