# EXHIBIT E

# RADIO SCRIPTS

**60 Second General DRX9000™ Phone number only:**

Have you heard about the new non-surgical treatment for chronic low back pain called decompression therapy? It's done on a patented, FDA-approved machine designed by former NASA engineers called the DRX9000™.

Studies published in major medical journals show an 86% success rate on chronic back pain patients. Even post-surgical patients have been helped. And it's not a short term fix either. So far, clinics across the country are reporting permanent relief from pain on thousands of patients.

The therapy consists of 20 half hour visits spread over six weeks. There's no pain and it's so relaxing, most patients fall asleep during the treatment.

The DRX9000™ creates a "vacuum" state in the discs, providing them with the moisture, nutrients, and oxygen needed to heal themselves.

Call (phone number) now for a free report on this amazing treatment for chronic low back pain. It's covered by most insurance including Medicare. That number once again is (phone number).

© 2004 Axiom WorldWide, Inc