GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Patrick S. Thompson (State Bar No. 160804)
pthompson@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
101 California Street, Suite 1850
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendants
AXIOM WORLDWIDE, LLC.,
AXIOM WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50,<br><br>    *Defendants*. | Case No.  C07-05450<br><br>**PROOF OF SERVICE** |

SEE ATTACHED

PROOF OF SERVICE
CASE NO. C 07-05450 MHP
LIBA/2041824.1

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 101 California Street, Suite 1850, San Francisco, California 94111.

On October 25, 2007, I served on the interested parties in said action the within:

Civil Cover Sheet; Certificate of Interested Entities or Persons; Notice to Plaintiff of Filing of Removal; Notice of Removal of Civil Action Under 28 U.S. C. § 1441(b) (Diversity Jurisdiction) §§ 1332(d), 1453(a) (Class Action Fairness Act); Public Notice; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; (Form) Order Setting Conference; (Form) Joint CMC and Proposed Order; Addendum I, Standing Order for All Judges of the Northern District of California; and Welcome to the USDC, San Francisco Office Hours/Drop Box Filing Procedures

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

Kevin J. McInerney
Kelly McInerney
Charles A. Jones
McInerney & Jones
18124 Wedge Parkway #503
Reno, NV 89511

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (EXPRESS MAIL) I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent by the United States Postal Service. Under that practice, the Express Mail would be deposited on that same day in the ordinary course of business in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service or receipt of Express Mail.

☒ (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

☐ (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on October 25, 2007, at San Francisco, California.

Suzanne Gagnon
(Type or print name)                              _____
                                                              (Signature)

From:  Origin ID: APCA  (415)733-6000
Susanne Geraghty
Goodwin Procter LLP
101 California Street
San Francisco, CA 94111

FedEx Express

Ship Date: 25OCT07
ActWgt: 1 LB
System#: 9841649/WBUS0200
Account#: S *********

Delivery Address Bar Code

CLS890607/21/23

SHIP TO: (415)733-6112    BILL SENDER

Kevin J. McInerney
McInerney & Jones
18124 Wedge Pkwy
# 503
Reno, NV 895118134

Ref #   099998.164194.09710
Invoice #
PO #
Dept #

TRK# 0201  7987 9504 9833    FRI - 26OCT    A2
PRIORITY OVERNIGHT

WY-RNOA

RNO
NV-US
89511



PLEASE FOLD THIS IN HALF - for use as the Shipping Label on the package.

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://psship.goodwinprocter.com/index.php    10/25/2007