1  GOODWIN PROCTER LLP
   Forrest A. Hainline III (State Bar No. 64166)
2  fhainline@goodwinprocter.com
   Patrick S. Thompson (State Bar No. 160804)
3  pthompson@goodwinprocter.com
   Susanne N. Geraghty (State Bar No. 218098)
4  sgeraghty@goodwinprocter.com
   101 California Street, Suite 1850
5  San Francisco, California  94111
   Telephone: (415) 733-6000
6  Facsimile: (415) 677-9041

7  Attorneys for Defendants
   AXIOM WORLDWIDE, LLC.,
8  AXIOM WORLDWIDE, INC.

9                 UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  TONY L. HOANG and CHARLES C.          Case No. C07-5450 MHP
    STRONG, individually and on behalf of all
12  others similarly situated,
                                          **DEMAND FOR JURY TRIAL BY AXIOM**
13            *Plaintiffs,*                **WORLDWIDE, LLC AND AXIOM**
                                          **WORLDWIDE, INC.**
14        v.

15  AXIOM WORLDWIDE, LLC., a Florida
    corporation; AXIOM WORLDWIDE, INC., a
16  Florida corporation; JAMES GIBSON; NICK
    EXHAROS; and DOES 1-50,
17
              *Defendants.*
18

19

20

21

22

23

24

25

26

27

28

*Goodwin Procter LLP*
*101 California Street, Suite 1850*
*San Francisco, California 94111*

1      Defendants Axiom Worldwide, Inc. and Axiom Worldwide, LLC hereby demand a trial by

2   jury of all issues triable of right by jury pursuant to Federal Rule of Civil Procedure 38(b) and Local

3   Rule 3-6.

4          Dated:  November 8, 2007          GOODWIN PROCTER LLP

5                                            Forrest A. Hainline III
                                             Patrick S. Thompson
6                                            Susanne N. Geraghty
                                             101 California Street, Suite 1850
7                                            San Francisco, California  94111

8                                            By ___ ⎰ 𝓃. 𝓰𝓊𝓈 ___

9                                            Attorneys for Defendants Axiom Worldwide, LLC.,
10                                           Axiom Worldwide, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Goodwin Procter LLP**
**101 California Street, Suite 1850**
**San Francisco, California 94111**

DEMAND FOR JURY TRIAL BY AXIOM WORLDWIDE, LLC AND AXIOM WORLDWIDE, INC.
CASE NO. C07-5450 MHP
LIBA/1843705.1