Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:      (775) 849-3811
Facsimile:      (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY L. HOANG and CHARLES C. STRONG,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**AXIOM WORLDWIDE, LLC.,** a Florida corporation; **AXIOM WORLDWIDE, INC.,** a Florida corporation; **JAMES GIBSON; NICK EXHAROS;** and **DOES 1-50,**<br><br>*Defendants.* | Case No. C07-5450 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  January 23, 2008          MCINERNEY & JONES


By: /s/ Kelly McInerney
    Kelly McInerney
    *Attorneys for Plaintiffs*