Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
**MCINERNEY & JONES**
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:   (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY L. HOANG and CHARLES C. STRONG,** individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> **AXIOM WORLDWIDE, LLC.,** a Florida corporation; **AXIOM WORLDWIDE, INC.,** a Florida corporation; **JAMES GIBSON; NICK EXHAROS;** and **DOES 1-50**, <br><br> *Defendants.* | Case No. C07-5450 MHP <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

1  I, the undersigned, declare as follows:

2  I am employed in the County of Washoe, State of Nevada.

3  I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

4

5  On January 23, 2008, I served the foregoing document(s) described as:

    1.    Certification of Interested Entities or Persons

6

7  on all interested parties in this action addressed to the addressee as follows:

8  GOODWIN PROCTOR LLP
Forrest A. Hainline III
Patrick S. Thompson
9  Susanne Geraghty
10  101 California Street, Suite 1850
San Francisco, CA 94111
11  fhainline@goodwinproctor.com
pthompson@goodwinproctor.com
12  sgeraghty@goodwinproctor.com

13

14  __XX__ By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

15

16  GOODWIN PROCTOR LLP
Elizabeth Stone
17  Three Embarcadero Center, 24th Floor
San Francisco, CA 94111

18

19  __XX__ (By U.S. Mail) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with McINERNEY & JONES's practice for collection and processing of documents for mailing with the United States Postal Service the same day as the day of collection in the ordinary course of business.

20

21

22

23      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24

25      Executed on January 23, 2008, at Reno, Nevada.

26

27                     /s/ Jennifer Smith
                   Jennifer Smith
28

**PROOF OF SERVICE**