GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Patrick S. Thompson (State Bar No. 160804)
pthompson@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Elizabeth F. Stone (State Bar No. 239285)
estone@goodwinprocter.com
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendant
AXIOM WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated, *Plaintiffs*, v. AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50, *Defendants.* | Case No. C07-5450 MHP  **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES** |

Defendants, Axiom Worldwide, LLC and Axiom Worldwide, Inc., proposed, and plaintiffs agreed, to continue the deadline to exchange initial disclosures to Thursday, February 7, 2008. The requested continuance will not alter the date of any other event or deadline already fixed by court order.

///

///

///

///

STIPULATION AND [PROPOSED ORDER] CONTINUING DEADLINE FOR INITIAL DISCLOSURES - Case No. C07-5450 MHP

Dated: January 23, 2008

GOODWIN PROCTER LLP
Forrest A. Hainline III
Patrick S. Thompson
Susanne N. Geraghty
Elizabeth F. Stone
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

By  /s/ Elizabeth Stone

Attorneys for Defendant
AXIOM WORLDWIDE, INC.

Dated: January 23, 2008

MCKIERNAN & JONES
Kelly McInerney
18124 Wedge Parkway, #503
Reno, NV 89511

By  /s/ Kelly McKiernan
Attorneys for Plaintiff
TONY L. HOANG

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the deadline for initial disclosures currently scheduled for January 28, 2008, is continued to February 7, 2008.

Dated: 1/24/2008

IT IS SO ORDERED
Judge Marilyn H. Patel