Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
**MCINERNEY & JONES**
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50,<br><br>Defendants. | Case No. C07-5450 MHP<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date: February 4, 2008<br>Time: 4:00 p.m.<br>Honorable Marilyn Hall Patel<br>Courtroom 18 |

WHEREAS, the Court scheduled an initial Case Management Conference for February 4, 2008, and ordered the parties to submit a Case Management Statement by January 28, 2008;

WHEREAS, the parties filed a Joint Case Management Statement on January 28, 2008; and

WHEREAS, Plaintiffs' counsel has encountered travel difficulties due to winter storms making it difficult to appear at the initial Case Management Conference on February 4, 2008.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Axiom, through their respective counsel of record, as follows:

1. The date for the initial Case Management Conference shall be continued from Monday, February 4, 2008 at 4:00 p.m. to Monday, February 25, 2008 at 4:00 p.m.

Dated: February 4, 2008   Respectfully submitted,

MCINERNEY & JONES

By: /s/ Kelly McInerney
Kelly McInerney
*Attorneys For Plaintiffs
And Others Similarly Situated*

Dated: February 4, 2008   Respectfully submitted,

GOODWIN PROCTER LLP

By: /s/ Susanne Geraghty
Susanne Geraghty
*Attorneys for Defendant Axiom*

1
2                                    **ORDER**
3
4  IT IS HEREBY ORDERED:
5         That the initial Case Management Conference shall be continued from Monday,
6  February 4, 2008 at 4:00 p.m. to Monday, February 25, 2008 at 4:00 p.m.
7
8  Dated:  February 6      , 2008
9                                                    _____
                                                     Marilyn Hall Patel
10                                                   United States District Judge



**PROOF OF SERVICE**
Tony L. Hoang and Charles C. Strong, et al. v. Axiom Worldwide, LLC., et al.
United States District Court, Northern District of California
Case No. C-07-5450 MHP

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On February 4, 2008, I served the foregoing document(s) described as:

    1.    Stipulation and [Proposed] Order Continuing Case Management Conference

on all interested parties in this action addressed to the addressee as follows:

GOODWIN PROCTER LLP
Forrest A. Hainline III
Patrick S. Thompson
Susanne Geraghty
101 California Street, Suite 1850
San Francisco, CA 94111
fhainline@goodwinproctor.com
pthompson@goodwinproctor.com
sgeraghty@goodwinproctor.com

__XX__ By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on February 4, 2008, at Reno, Nevada.

                        /s/ Jennifer Smith
                        Jennifer Smith