## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: February 25, 2008

Case No.   C 07-5450  MHP			Judge: MARILYN H. PATEL

Title: TONY L HOANG et al -v- AXIOM WORLDWIDE LLC et al

Attorneys:  Plf: Kevin McInerney
            Dft: Forrest Hainline, Elizabeth Stone

Deputy Clerk:  Anthony Bowser    Court Reporter: Sahar McVicker

## PROCEEDINGS

1)   Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Underlying claims discussed; Deposition of plaintiffs allowed prior to motions schedule;

A further status conference set for 4/28/2008 at 3:00 pm, with a joint status report to be filed one week prior, if no motions filed previously;

Discovery instructions given;