1  **GOODWIN PROCTER LLP**
   Forrest A. Hainline III, Esq., SBN 64166
2  Patrick S. Thompson, Esq., SBN 160804
   Susanne N. Geraghty, Esq., SBN 218098
3  Elizabeth F. Stone, Esq., SBN 239285
   Three Embarcadero Center, 24th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 733-6000
5  Facsimile:    (415) 677-9041

6  *Attorneys for Defendants Axiom*
   *Worldwide, Inc. and Axiom Worldwide, LLC*

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | TONY L. HOANG and CHARLES C. | Case No. C07-5450 MHP
   | STRONG, individually and on behalf of all |
11 | others similarly situated, |

12 |                Plaintiffs, | **NOTICE OF ADDRESS CHANGE**

13 |        v. |

14 | AXIOM WORLDWIDE, LLC, a Florida |
   | corporation; AXIOM WORLDWIDE, INC., a |
15 | Florida corporation; JAMES GIBSON; NICK |
   | EXHAROS; and DOES 1-50, |
16 |

17 |                Defendants. |

18

19

20

21

22

23

24

25

26

27

28

                               1

1        TO ALL ATTORNEYS OF RECORD, PLEASE TAKE NOTICE effective November 12,

2    2007, our address has changed

3        Previous Address:    Goodwin Procter, LLP

    101 California Street, Suite 1850

4        San Francisco CA  94111

    Tel:    415-733-6000

5        Fax:    415-677-9041

6

    New Address:    Goodwin Procter LLP

7        Three Embarcadero Center, 24th Floor

    San Francisco CA  94111

8        Tel:    415-733-6000

    Fax:    415-677-9041

9

10    Dated:  March 18, 2008    GOODWIN PROCTER LLP

    Forrest A. Hainline III

11        Patrick S. Thompson

    Susanne N. Geraghty

12        Elizabeth F. Stone

13        By _____ /s/ _____ Susanne N. Geraghty _____

14        Defendants Axiom Worldwide, LLC and Axiom

    Worldwide, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CHANGE OF ADDRESS
Case No. 07-5450
LIBA/1876214.1