GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Elizabeth F. Stone (State Bar No. 239285)
estone@goodwinprocter.com
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Defendants Axiom
Worldwide, Inc. and Axiom Worldwide, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50,<br><br>*Defendants.* | Case No. C07-5450 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR GIBSON AND EXARHOS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

On February 27, 2008, Plaintiffs sent counsel for the individually named defendants, James Gibson and Nick Exarhos (collectively, "individual defendants"), a request for waiver of service of the Complaint. Counsel executed the request for waiver of service, and the individual defendants' response to Plaintiff's complaint is due on April 28, 2008.

The parties are attempting to resolve issues relating to a potential challenge to the exercise of personal jurisdiction over the individually named defendants. In the interest of possibly avoiding unnecessary motion practice, the parties have stipulated to continuing the deadline for the individual

1  defendants to respond to the Complaint to May 28, 2008, and to continue the Case Management
2  Conference currently scheduled for April 28, 2008 to May 28, 2008.

Dated:  March 28, 2008    GOODWIN PROCTER LLP
Forrest A. Hainline III
Susanne N. Geraghty
Elizabeth F. Stone
Three Embarcadero Center, 24th Floor
San Francisco, California  94111

By   /s/ Elizabeth Stone

Attorneys for Defendant
AXIOM WORLDWIDE, INC.

Dated: March 28, 2008    MCINERNEY & JONES
Kelly McInerney
18124 Wedge Parkway, #503
Reno, NV 89511

By   /s/ Kelly McInerney
Attorneys for Plaintiff
TONY L. HOANG

STIPULATION AND [PROPOSED ORDER] CONTINUING DEADLINE TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
LIBA/1878893.1

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that (1) the deadline for individual defendants James Gibson and Nick Exarhos's answer to Plaintiff's complaint is continued from April 28, 2008 to May 28, 2008; (2) the Case Management Conference currently scheduled for April 28, 2008 is continued to May 28, 2008.

Dated: _____          _____
                                        The Honorable Marilyn H. Patel
                                        U.S. DISTRICT COURT JUDGE

Goodwin Procter LLP
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED ORDER] CONTINUING DEADLINE TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
LIBA/1878893.1