1  GOODWIN PROCTER LLP
   Forrest A. Hainline III (State Bar No. 64166)
2  fhainline@goodwinprocter.com
   Susanne N. Geraghty (State Bar No. 218098)
3  sgeraghty@goodwinprocter.com
   Elizabeth F. Stone (State Bar No. 239285)
4  estone@goodwinprocter.com
   Three Embarcadero Center, 24TH Floor
5  San Francisco, California 94111
   Telephone: (415) 733-6000
6  Facsimile: (415) 677-9041

7  *Attorneys for Defendants Axiom
   Worldwide, Inc. and Axiom Worldwide, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50,<br><br>*Defendants.* | Case No. C07-5450 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR GIBSON AND EXARHOS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

On February 27, 2008, Plaintiffs sent counsel for the individually named defendants, James Gibson and Nick Exarhos (collectively, "individual defendants"), a request for waiver of service of the Complaint. Counsel executed the request for waiver of service, and the individual defendants' response to Plaintiff's complaint is due on April 28, 2008.

The parties are attempting to resolve issues relating to a potential challenge to the exercise of personal jurisdiction over the individually named defendants. In the interest of possibly avoiding unnecessary motion practice, the parties have stipulated to continuing the deadline for the individual

1  defendants to respond to the Complaint to May 28, 2008, and to continue the Case Management
2  Conference currently scheduled for April 28, 2008 to May 28, 2008.

4  Dated:  March 28, 2008                    GOODWIN PROCTER LLP
                                             Forrest A. Hainline III
                                             Susanne N. Geraghty
                                             Elizabeth F. Stone
                                             Three Embarcadero Center, 24th Floor
                                             San Francisco, California  94111

                                             By __/s/ Elizabeth Stone_____

                                             Attorneys for Defendant
                                             AXIOM WORLDWIDE, INC.


Dated: March 28, 2008                        MCINERNEY & JONES
                                             Kelly McInerney
                                             18124 Wedge Parkway, #503
                                             Reno, NV 89511


                                             By __/s/ Kelly McInerney_____
                                             Attorneys for Plaintiff
                                             TONY L. HOANG

Goodwin Procter LLP
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that (1) the deadline for individual defendants James Gibson and Nick Exarhos to respond to Plaintiffs' complaint is continued from April 28, 2008 to May 28, 2008; (2) the Case Management Conference currently scheduled for April 28, 2008 is continued to May 28, 2008.

Dated: _____      _____
The Honorable Marilyn H. Patel
U.S. DISTRICT COURT JUDGE

**Goodwin Procter LLP**
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED ORDER] CONTINUING DEADLINE TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
LIBA/1878893.1