1  GOODWIN PROCTER LLP
   Forrest A. Hainline III (State Bar No. 64166)
2  fhainline@goodwinprocter.com
   Susanne N. Geraghty (State Bar No. 218098)
3  sgeraghty@goodwinprocter.com
   Elizabeth F. Stone (State Bar No. 239285)
4  estone@goodwinprocter.com
   Three Embarcadero Center, 24TH Floor
5  San Francisco, California  94111
   Telephone: (415) 733-6000
6  Facsimile: (415) 677-9041

7  *Attorneys for Defendants Axiom*
   *Worldwide, Inc. and Axiom Worldwide, LLC*

8                UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   TONY L. HOANG and CHARLES C.            Case No. C07-5450 MHP
11 STRONG, individually and on behalf of all
   others similarly situated,
12                                          **STIPULATION AND** ~~**[PROPOSED]**~~
              *Plaintiffs,*                 **ORDER CONTINUING DEADLINE FOR**
13                                          **GIBSON AND EXARHOS TO RESPOND**
       v.                                   **TO COMPLAINT AND CONTINUING**
14                                          **CASE MANAGEMENT CONFERENCE**
   AXIOM WORLDWIDE, LLC., a Florida
15 corporation; AXIOM WORLDWIDE, INC., a     ***AS AMENDED BY COURT**
   Florida corporation; JAMES GIBSON; NICK
16 EXHAROS; and DOES 1-50,

17            *Defendants.*

18

19

20        Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom

21 Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

22        On February 27, 2008, Plaintiffs sent counsel for the individually named defendants, James

23 Gibson and Nick Exarhos (collectively, "individual defendants"), a request for waiver of service of

24 the Complaint.  Counsel executed the request for waiver of service, and the individual defendants'

25 response to Plaintiff's complaint is due on April 28, 2008.

26        The parties are attempting to resolve issues relating to a potential challenge to the exercise of

27 personal jurisdiction over the individually named defendants.  In the interest of possibly avoiding

28 unnecessary motion practice, the parties have stipulated to continuing the deadline for the individual

*Goodwin Procter LLP*
*Three Embarcadero Center, 24TH Floor*
*San Francisco, California 94111*

1    defendants to respond to the Complaint to May 28, 2008, and to continue the Case Management

2    Conference currently scheduled for April 28, 2008 to ~~May 28, 2008~~. **June 9, 2008 at 3:00 p.m.**

3

4         Dated:  March 28, 2008              GOODWIN PROCTER LLP

5                                              Forrest A. Hainline III
                                               Susanne N. Geraghty
6                                              Elizabeth F. Stone
                                               Three Embarcadero Center, 24th Floor
7                                              San Francisco, California  94111

8                                              By   /s/ Elizabeth Stone_____

9                                              Attorneys for Defendant
10                                             AXIOM WORLDWIDE, INC.

11

12        Dated: March 28, 2008               MCINERNEY & JONES
                                               Kelly McInerney
13                                             18124 Wedge Parkway, #503
                                               Reno, NV 89511
14

15                                             By   /s/ Kelly McInerney_____
                                               Attorneys for Plaintiff
16                                             TONY L. HOANG

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED ORDER] CONTINUING DEADLINE TO RESPOND TO COMPLAINT AND
CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
LIBA/1878893.1

Goodwin Procter LLP
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

1

**ORDER**

2       PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

3   ORDERED that (1) the deadline for individual defendants James Gibson and Nick Exarhos to

4   respond to Plaintiffs' complaint is continued from April 28, 2008 to May 28, 2008; (2) the Case

5   Management Conference currently scheduled for April 28, 2008 is continued to ~~May 28, 2008.~~ **June 8, 2008 at 3:00 p.m.**

6

7

8   Dated: __March 31, 2008_____



The Honorable M_____ Patel

U.S. _____ JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Goodwin Procter LLP**
**Three Embarcadero Center, 24TH Floor**
**San Francisco, California 94111**