GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Elizabeth F. Stone (State Bar No. 239285)
estone@goodwinprocter.com
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXARHOS; and DOES 1-50,<br><br>*Defendants.* | Case No. C07-5450 MHP<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS GIBSON AND EXARHOS PURSUANT TO F.R.C.P. 41(a)** |

Notice is hereby given that Plaintiffs and Defendants stipulate to dismissal of individually named defendants, James Gibson and Nick Exarhos, without prejudice and without costs pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii). This notice will not affect claims against Axiom Worldwide, LLC and Axiom Worldwide, Inc.

Dated:  May 12, 2008    GOODWIN PROCTER LLP
Forrest A. Hainline III
Susanne N. Geraghty
Elizabeth F. Stone
Three Embarcadero Center, 24th Floor
San Francisco, California  94111


By __/s/ Elizabeth Stone_____

Attorneys for Defendant
AXIOM WORLDWIDE, INC.

Dated: May 12, 2008    MCINERNEY & JONES

STIPULATION DISMISSING GIBSON AND EXARHOS WITHOUT PREJUDICE - Case No. C07-5450 MHP

1  Kelly McInerney
2  18124 Wedge Parkway, #503
   Reno, NV 89511

3
4  By  /s/ Kelly McInerney
   Attorneys for Plaintiff
5  TONY L. HOANG and CHARLES C. STRONG

**Goodwin Procter LLP**
**Three Embarcadero Center, 24TH Floor**
**San Francisco, California 94111**

STIPULATION DISMISSING GIBSON AND EXARHOS WITHOUT PREJUDICE - Case No. C07-5450 MAP

LIBA/1889687.1