1  GOODWIN PROCTER LLP
   Forrest A. Hainline III (State Bar No. 64166)
2  fhainline@goodwinprocter.com
   Susanne N. Geraghty (State Bar No. 218098)
3  sgeraghty@goodwinprocter.com
   Elizabeth F. Stone (State Bar No. 239285)
4  estone@goodwinprocter.com
   Three Embarcadero Center, 24TH Floor
5  San Francisco, California  94111
   Telephone: (415) 733-6000
6  Facsimile: (415) 677-9041

7  *Attorneys for Defendants Axiom
   Worldwide, Inc. and Axiom Worldwide, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50,<br><br>*Defendants.* | Case No. C07-5450 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

The parties appeared before the Court on February 25, 2008. At the conference, the parties advised the court that Defendants' counsel agreed to accept service on behalf of the individually named defendants, but objected to the court's exercise of personal jurisdiction over them. On May 12, 2008, the parties stipulated to dismiss the individually named defendants without prejudice.

At the February 25, 2008 Case Management Conference the parties and the Court also discussed the timing of Plaintiffs' depositions. Defendants proposed deposing Plaintiffs before contacting potential class members so that parties could evaluate whether Plaintiffs have valid class

1 claims.  In March 2008, Axiom served plaintiffs with discovery pertaining to class certification
2 issues.  By agreement of the parties, plaintiffs' responses to Axiom's discovery requests are due on
3 June 11, 2008.  After Axiom has reviewed plaintiffs' discovery responses, Axiom intends to depose
4 the class representatives.  Axiom anticipates completing this phase of discovery by August 15, 2008.

In the interest of preserving the Court's and the parties' resources, the parties jointly request that the Court continue the Case Management Conference currently scheduled for June 9, 2008 to September 1, 2008.

Dated:  May 30, 2008          GOODWIN PROCTER LLP
                              Forrest A. Hainline III
                              Susanne N. Geraghty
                              Elizabeth F. Stone
                              Three Embarcadero Center, 24th Floor
                              San Francisco, California  94111


                              By   /s/ Elizabeth F. Stone

                              Attorneys for Defendant
                              AXIOM WORLDWIDE, INC.

Dated: May 30, 2008           MCINERNEY & JONES
                              Charles A. Jones
                              18124 Wedge Parkway, #503
                              Reno, NV 89511


                              By   /s/ Charles A. Jones
                              Attorneys for Plaintiff
                              TONY L. HOANG

Goodwin Procter LLP
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
LIBA/1896400.1

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Case Management Conference currently scheduled for June 9, 2008 is continued to September 1, 2008.

Dated: _____        _____
The Honorable Marilyn H. Patel
U.S. DISTRICT COURT JUDGE

Goodwin Procter LLP
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
LIBA/1896400.1