GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Elizabeth F. Stone (State Bar No. 239285)
estone@goodwinprocter.com
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Defendants Axiom
Worldwide, Inc. and Axiom Worldwide, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50,<br><br>*Defendants.* | Case No. C07-5450 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom

Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

1.      Since the parties appeared before the Court on February 25, 2008, they have

proceeded with discovery.

2.      In March 2008, Axiom served plaintiffs with discovery pertaining to class

certification issues.  The parties agreed that plaintiffs' responses to Axiom's discovery requests were

due on June 11, 2008.  Plaintiffs responded to Axiom's discovery requests.  The parties have met

and conferred regarding the production of documents in response to the discovery requests, and

plaintiffs are continuing to produce documents responsive to Axiom's discovery requests.

*Goodwin Procter LLP*
*Three Embarcadero Center, 24th Floor*
*San Francisco, California 94111*

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Case No.
C07-5450 MHP
1918225_1.DOC

3.    The parties have also discussed scheduling the depositions of both plaintiffs and defendants.  Because of scheduling conflicts, the parties have agreed to conduct depositions of both the plaintiffs and the defendants in November, 2008.

4.    In the interest of preserving the Court's and the parties' resources, the parties jointly request that the Court continue the Case Management Conference currently scheduled for September 8, 2008 to December 8, 2008.

Dated:  July 30, 2008                    GOODWIN PROCTER LLP
                                         Forrest A. Hainline III
                                         Susanne N. Geraghty
                                         Elizabeth F. Stone
                                         Three Embarcadero Center, 24th Floor
                                         San Francisco, California  94111


                                         By    /s/ Elizabeth F. Stone_____

                                         Attorneys for Defendant
                                         AXIOM WORLDWIDE, INC.
                                         AXIOM WORLDWIDE, LLC


Dated: July 30, 2008                     MCINERNEY & JONES
                                         Kelly McInerney
                                         18124 Wedge Parkway, #503
                                         Reno, NV 89511


                                         By    /s/ Kelly McInerney_____
                                         Attorneys for Plaintiff
                                         TONY L. HOANG
                                         CHARLES C. STRONG

Goodwin Procter LLP
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

ORDERED that the Case Management Conference currently scheduled for Sept. 8, 2008 is

continued to Dec. 8, 2008.


Dated: _____          _____
                                                The Honorable Marilyn H. Patel
                                                U.S. DISTRICT COURT JUDGE

**Goodwin Procter LLP**
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Case No.
C07-5450 MAP
1918225_1.DOC