GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Elizabeth F. Stone (State Bar No. 239285)
estone@goodwinprocter.com
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Defendants Axiom
Worldwide, Inc. and Axiom Worldwide, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. HOANG and CHARLES C. STRONG, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>AXIOM WORLDWIDE, LLC., a Florida corporation; AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON; NICK EXHAROS; and DOES 1-50,<br><br>*Defendants.* | Case No. C07-5450 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

1. Since the parties appeared before the Court on February 25, 2008, they have proceeded with discovery.

2. In March 2008, Axiom served plaintiffs with discovery pertaining to class certification issues. The parties agreed that plaintiffs' responses to Axiom's discovery requests were due on June 11, 2008. Plaintiffs responded to Axiom's discovery requests. The parties have met and conferred regarding the production of documents in response to the discovery requests, and plaintiffs are continuing to produce documents responsive to Axiom's discovery requests.

**Goodwin Procter LLP**
**Three Embarcadero Center, 24TH Floor**
**San Francisco, California 94111**

3. The parties have also discussed scheduling the depositions of both plaintiffs and defendants. Because of scheduling conflicts, the parties have agreed to conduct depositions of both the plaintiffs and the defendants in November, 2008.

4. In the interest of preserving the Court's and the parties' resources, the parties jointly request that the Court continue the Case Management Conference currently scheduled for September 8, 2008 to December 8, 2008.

Dated: July 30, 2008        GOODWIN PROCTER LLP
Forrest A. Hainline III
Susanne N. Geraghty
Elizabeth F. Stone
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

By   /s/ Elizabeth F. Stone

Attorneys for Defendant
AXIOM WORLDWIDE, INC.
AXIOM WORLDWIDE, LLC

Dated: July 30, 2008        MCINERNEY & JONES
Kelly McInerney
18124 Wedge Parkway, #503
Reno, NV 89511

By   /s/ Kelly McInerney
Attorneys for Plaintiff
TONY L. HOANG
CHARLES C. STRONG

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
1918225_1.DOC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Case Management Conference currently scheduled for Sept. 8, 2008 is continued to Dec. 8, 2008.

Dated: August 1, 2008



The Honorable Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

**Goodwin Procter LLP**
Three Embarcadero Center, 24TH Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C07-5450 MAP
1918225_1.DOC