GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Patrick S. Thompson (State Bar No. 160804)
pthompson@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Michael J. Moloney III (State Bar No. 259140)
mmoloney@goodwinprocter.com

Three Embarcadero Center, 24TH Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendants
AXIOM WORLDWIDE, INC. and
AXIOM WORLDWIDE, LLC

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TONY L. HOANG and CHARLES G. STRONG, individually and on behalf of all others similarly situated,

*Plaintiffs*,

AXIOM WORLDWIDE, LLC, a Florida corporation; AXIOM WORLDWIDE, INC., a Florida Corporation; and DOES 1-50,

*Defendants*.

Case No. C07-5450 MHP

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

1. The parties last appeared before the Court on December 8, 2008 for a Case Management Conference. The parties are scheduled to appear before the Court on Monday, March 9, 2009 for a further Case Management Conference.

2. At the December 8, 2008 Case Management Conference, the Court advised the parties that they could request that the Court continue the March 9, 2009 Case Management

Conference if Axiom had moved for summary judgment.

3. Axiom intends to notice a hearing on Axiom's motion for summary judgment for April 20, 2009 and will file all of the supporting documents on or before March 16, 2009.

4. In the interest of preserving the Court's and the parties' resources, the parties jointly request that the Court continue the Case Management Conference currently scheduled for March 9, 2009 to April 20, 2009 immediately following the hearing on Axiom's summary judgment motion.

Dated: March 2, 2009

GOODWIN PROCTER LLP

Forrest A. Hainline III
Patrick S. Thompson
Susanne N. Geraghty
Michael J. Moloney III
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

By /s/ Michael J. Moloney III

Attorneys for Defendants
AXIOM WORLDWIDE, INC.
AXIOM WORLDWIDE, LLC

Dated: March 2, 2009

MCINERNEY & JONES
Kelly McInerney
18124 Wedge Parkway #503
Reno, NV 89511

By /s/ Kelly McInerney

Attorneys for Plaintiffs
TONY L. HOANG
CHARLES C. STRONG

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Case Management Conference currently scheduled for March 9, 2009 is continued to April 20, 2009 immediately following the hearing on defendants' motion for summary judgment.

Dated:_ 3/3/2009 ________________




LIBA/1972691.1

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111