1  GOODWIN PROCTER LLP
   Forrest A. Hainline III (State Bar No. 64166)
2  fhainline@goodwinprocter.com
   Patrick S. Thompson (State Bar No. 160804)
3  pthompson@goodwinprocter.com
   Susanne N. Geraghty (State Bar No. 218098)
4  sgeraghty@goodwinprocter.com
   Michael J. Moloney III (State Bar No. 259140)
5  mmoloney@goodwinprocter.com

6
   Three Embarcadero Center, 24TH Floor
7  San Francisco, California  94111
   Telephone: (415) 733-6000
8  Facsimile: (415) 677-9041

9  Attorneys for Defendants
   AXIOM WORLDWIDE, INC. and
10 AXIOM WORLDWIDE, LLC

11

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14

15  TONY L. HOANG and CHARLES G.              Case No. C07-5450 MHP
    STRONG, individually and on behalf of all
16  others similarly situated,                 **STIPULATION AND [PROPOSED]**
                                               **ORDER VACATING THE COURT'S**
          *Plaintiffs*,                        **MARCH 3, 2009 ORDER**
17
18  AXIOM WORLDWIDE, LLC, a Florida
    corporation; AXIOM WORLDWIDE, INC., a
19  Florida Corporation; and DOES 1-50,

20        *Defendants*.

21

22        Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom

23  Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate as follows:

24        1.    On March 3, 2009, the Court ordered Axiom to file its summary judgment motion

25  by Monday, March 16, 2009.  In its order, the Court also continued the case management

26  conference to April 20, 2009, immediately following the hearing on Axiom's summary judgment

27  motion.

28        2.    The parties have reached a settlement in principle, and are in the process of

1  memorializing the settlement agreement. The parties anticipate filing a stipulation of dismissal
2  within thirty days.
3       3.     Therefore, the parties jointly request that the Court vacate its March 3, 2009 Order
4  directing Axiom to file its motion for summary judgment by March 16, 2009.

Dated: March 11, 2009                GOODWIN PROCTER LLP

Forrest A. Hainline III
Patrick S. Thompson
Susanne N. Geraghty
Michael J. Moloney III
Three Embarcadero Center, 24th Floor
San Francisco, California  94111

By  /s/ Michael J. Moloney III

Attorneys for Defendants
AXIOM WORLDWIDE, INC.
AXIOM WORLDWIDE, LLC

Dated: March 11, 2009                MCINERNEY & JONES
Kelly McInerney
18124 Wedge Parkway #503
Reno, NV  89511


By  /s/ Kelly McInerney

Attorneys for Plaintiffs
TONY L. HOANG
CHARLES C. STRONG

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**Case No. C07-5450 MHP**

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

3  ORDERED that the Court's order of March 3, 2009 is hereby vacated.  if the settlement is not

4  accomplished by April 15, 2009, the parties shall appear for a further CMC on April 20, 2009.

5  Dated: March 12, 2009

6  The Honorable Marilyn H. Patel
   U.S. District Court Judge

7  LIBA/1976340.1



**Goodwin Procter LLP**
**Three Embarcadero Center, 24th Floor**
**San Francisco, California 94111**

-1-

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**Case No. C07-5450 MHP**