GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
fhainline@goodwinprocter.com
Patrick S. Thompson (State Bar No. 160804)
pthompson@goodwinprocter.com
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Michael J. Moloney III (State Bar No. 259140)
mmoloney@goodwinprocter.com

Three Embarcadero Center, 24TH Floor
San Francisco, California  94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendants
AXIOM WORLDWIDE, INC. and
AXIOM WORLDWIDE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY L. HOANG and CHARLES G. STRONG, individually and on behalf of all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>AXIOM WORLDWIDE, LLC, a Florida corporation; AXIOM WORLDWIDE, INC., a Florida Corporation; and DOES 1-50,<br><br>　　　　*Defendants*. | Case No. C07-5450 MHP<br><br>**STIPULATION DISMISSING COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)** |

1  Plaintiffs Tony L. Hoang and Charles C. Strong ("Plaintiffs") and defendants Axiom
2  Worldwide, Inc. and Axiom Worldwide, LLC (collectively, "Axiom") stipulate that Plaintiffs'
3  complaint shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of
4  Civil Procedure.  Each party shall bear its own costs.

Dated: April 15, 2009

GOODWIN PROCTER LLP

Forrest A. Hainline III
Patrick S. Thompson
Susanne N. Geraghty
Michael J. Moloney III
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

By   /s/ Susanne N. Geraghty

Attorneys for Defendants
AXIOM WORLDWIDE, INC.
AXIOM WORLDWIDE, LLC

Dated: April 15, 2009

MCINERNEY & JONES

Kelly McInerney
18124 Wedge Parkway #503
Reno, NV  89511

By    /s/ Kelly McInerney

Attorneys for Plaintiffs
TONY L. HOANG
CHARLES C. STRONG

LIBA/1984765.1

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION DISMISSING COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)**
**Case No. C07-5450 MHP**

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111